243 So.2d 274

**CITY OF NEW ORLEANS**

v.

**Viola MORRISON et al.**

No. 51088.

Feb. 4, 1971.

 The case has been remanded and the judgment is not final.

243 So.2d 275

**Morley A. HUDSON**

v.

**MARYLAND CASUALTY COMPANY.**

No. 51093.

Feb. 4, 1971.

 The case having been remanded, the judgment of the Court of Appeal is not final.

DIXON, J., recused.